IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 01-1139 (AMC) |
| | ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) | |
| | ) | |
| Reorganized Debtors. | ) | |
| | ) | BAP 09-36 |
| | ) | |
| ANDERSON MEMORIAL HOSPITAL, | ) | |
| | ) | C. A. No. 09-421 (RLB) |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | |
| | ) | |
| Appellees. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Theodore J. Tacconelli, Esq. of Ferry Joseph, P.A., hereby withdraws his appearance as Delaware counsel for Anderson Memorial Hospital in the above-captioned appeal.

PLEASE TAKE FURTHER NOTICE that John D. McLaughlin, Jr., Esq. of Ferry Joseph, P.A. hereby enters his appearance as Delaware counsel for Anderson Memorial Hospital in the above-captioned appeal.  Please remove Theodore J. Tacconelli, Esq. from all service lists and from the CM/ECF notification system.

FERRY JOSEPH, P.A.                  FERRY JOSEPH, P.A.

/s/ Theodore J. Tacconelli            /s/John D. McLaughlin
Theodore J. Tacconelli (No. 2678)     John D. McLaughlin, Jr. (No. 4123)
824 Market Street, Suite 1000         824 Market Street, Suite 1000
Wilmington, DE 19801                Wilmington, De 19801
(302) 575-1555                         (302) 575-1555
Counsel for Appellant                 Counsel for Appellant

Dated: January __, 2021